IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3012 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER MALCOM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The oral motion of counsel for defendant is granted and,

The initial appearance is continued to February 9, 2007 at 2:45 p.m.

The defendant shall be present at the hearing.

Dated February 7, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge